Case 06-02194-BM    Doc 5    Filed 02/20/06    Entered 02/20/06 08:17:20    Desc Main
Document      Page 1 of 1

Form 165

## UNITED STATES BANKRUPTCY COURT
### Western District of Pennsylvania

3
culy

In re:
Daniel Joshua Nusbaum    **Debtor(s)**

Bankruptcy Case No.: 05-37659-BM
Chapter: 7
Adversary Proceeding No.: 06-02194-BM

Allegheny County Bar Foundation
    **Plaintiff(s)**

vs.

Daniel Joshua Nusbaum
    **Defendant(s)**

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___16th___ day of ___February___, _2006_, I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):

    First class, U.S. Mail, postage prepaid.

on the defendant(s) at (List names and addresses here):

    Daniel J. Nusbaum      Natalie Cardiello, Esquire
    265 Parkway Drive      107 Huron Drive
    Pittsburgh, PA  15228      Carnegie, PA  15106

Executed on ___2/16/06___      _[signature]_
              (Date)      (Signature)

Mark A. Lindsay, Esquire
(Type Name and Mailing Address of Person Who Made Service)
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA  15222