# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**DANIEL JOSHUA NUSBAUM,**<br><br>Debtor, | Bankruptcy Case No. 05-37659-BM<br>Chapter 7 |
| ***************************** | |
| **ALLEGHENY COUNTY BAR,**<br>**FOUNDATION,**<br>Plaintiff, | Adversary No. 06-2194-BM |
| v. | Document No. ___<br>Related to Document No. ___ |
| **DANIEL JOSHUA NUSBAUM,**<br>Defendant. | Hearing:<br>Responses Due: |

## <u>Default ORDER OF COURT</u>

AND NOW this _19th_ day of _April_, 2006 upon consideration of the foregoing *Complaint to Determine the Dischargeability of a Debt Pursuant to 11 U.S.C. §523(a)(8)*, it is hereby ORDERED, ADJUDGED and DECREED that the debts owed Plaintiff by the Defendant pursuant to the Note (as defined in the annexed Complaint) are non-dischargeable, and Defendant is directed to pay to the Plaintiff the Plaintiff's reasonable costs and attorneys' fees related to the investigation and prosecution of this adversary proceeding.

BY THE COURT

_____
Bernard Markovitz
United States Bankruptcy Judge

FILED

APR 19 2006

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA